PER CURIAM.
Affirmed on authority of Bessemer Properties, Inc. v. Gamble, 1946, 158 Fla. 38, 27 So.2d 832; and Orange Brevard Plumbing & Heating Co. v. La Croix, Fla.1962, 137 So.2d 201.
It is fundamental that fraud and deceit, if not acted on or accompanied by injury, are moral, not legal wrongs. Stokes v. Victory Land Co., 1930, 99 Fla. 795, 128 So. 408, 409. See also Casey v. Welch, Fla.1951, 50 So.2d 124; Sutton v. Gulf Life Ins. Co., 1939, 138 Fla. 692, 189 So. 828; and Stephens v. Coon, 1937, 130 Fla. 42, 177 So. 191.
Affirmed.
' SHANNON, C. J., SMITH, J., and STEPHENSON, GUNTER, Associate Judge, concur.